DONALD C. KUDLER, ESQ.
Nevada Bar No. 005041
CAP & KUDLER
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102
(702) 878-8778
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHYLLIS COOPER, individually, | CASE NO: 2:16-cv-01873-JCM-NJK |
| Plaintiff, | |
| vs. | |
| ALBERTSON'S LLC dba ALBERTSONS, INC. #6011, a Delaware Corporation; KELLERMEYER BERGENSONS SERVICES, LLC, a Delaware Corporation; ALEXAS CLEANING SERVICES, LLC, a Texas Corporation; DOES I through XXX; ROE CORPORATIONS I through XXX, inclusive, | |
| Defendants. | |
| ALBERTSONS, LLC, a Delaware limited liability company, | |
| Cross-Claminant, | |
| vs. | |
| KELLERMEYER BERGENSONS SERVICES, LLC, a Delaware limited liability company; DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Cross-Defendants. | |

**STIPULATION AND ORDER TO AMEND COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their undersigned counsel of record, that Plaintiff's Complaint be amended to allow

Page 1 of 3

1  ALEXAS CLEANING SERVICES, LLC, a Texas Corporation to be named as ALEXAS
2  CLEANING SERVICES, LLC, a Colorado Corporation in this action.
3  **IT IS FURTHER STIPULATED AND AGREED** that Defendant/Cross-Claimant,
4  Albertsons's LLC dba ALBERTSONS, INC. #6011, agreement to this stipulation does not waive
5  any defenses enumerated in its responsive pleading filed in this matter. In fact all defenses
6  contained in Defendant/Cross-Claimant's Answer remain viable and no admission and/or consent
7  whatsoever to the allegations and questions of law raised in the Amended Complaint and
8  specifically paragraph 6 are admitted to by Defendant/Cross-Claimant consenting to Plaintiff's
9  request to amend its complaint.
10  **IT IS FURTHER STIPULATED AND AGREED** that Defendant/Cross-Defendant,
11  Kellermeyer Bergensons Services, LLC, agreement to this stipulation does not waive any defenses
12  enumerated in its responsive pleading filed in this matter. In fact all defenses contained in
13  Defendant/Cross-Defendant's Answer remain viable and no admission and/or consent whatsoever
14  to the allegations and questions of law raised in the Amended Complaint and specifically
15  paragraph 6 are admitted to by Defendant/Cross-Defendant consenting to Plaintiff's request to
16  amend its complaint.
17  **IT IS FURTHER STIPULATED AND AGREED** that the caption be amended to reflect
18  ALEXAS CLEANING SERVICES, LLC, as a Colorado Corporation in this action.

DATED: 11/22/16                                      DATED: 11/22/16

CAP & KUDLER                                         MORAN BRANDON BENDAVID MORAN

/s/ Donald C. Kudler                                 /s/ Lew Brandon, Jr.

_____                          _____
DONALD C. KUDLER, ESQ.                               LEW BRANDON, JR.5880, ESQ.
Nevada Bar No. 5041                                  Nevada Bar No. 10049
3202 W. Charleston Boulevard                         KRIS D. KLINGENSMITH, ESQ.
Las Vegas, Nevada 89102                              Nevada Bar No. 13904
*Attorneys for Plaintiff*                            630 S. Fourth Street
*Phyllis Cooper*                                     Las Vegas, Nevada  89101
                                                     *Attorneys for Defendant/Cross-Claimant*
                                                     *Albertsons, LLC dba Albertsons, Inc. #6011*

DATED: 11/22/16

RESNICK & LOUIS, P.C.

/s/ *Bernadette A. Rigo*

_____
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 7882
5940 S. Rainbow Boulevard
Las Vegas, Nevada 89118
*Attorneys for Defendant/Cross-Defendant Kellermeyer Bergensons Services, LLC*

## ORDER

IT IS SO ORDERED.

DATED December 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

CAP & KUDLER

/s/ *Donald C. Kudler*

_____
DONALD C. KUDLER, ESQ.
Nevada Bar No. 5041
3202 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiff Phyllis Cooper*